UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:03-cr-00033-JAW-01 |
| | ) | |
| WILLIAM LELAND | ) | |

**ORDER ON PETITION FOR WRIT OF AUDITA QUERELA PURSUANT TO THE ALL WRITS ACT, 28 U.S.C. § 1651**

The Court DENIES William Leland's Petition for Writ of Audita Querela Pursuant to the All Writs Act, 28 U.S.C. § 1651 (ECF No. 392). *See Order on Def.'s Mot. to Withdraw Guilty Plea* (ECF No. 291); *Order Denying Def. William Leland's Pro Se Mot. for Sentence Reduction* (ECF NO. 354); *Order on Application for Leave to File a Second or Successive Mot. to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 by a Prisoner in Fed. Custody* (ECF No. 363); *Order Denying Pro Se Mot. to Reduce Sentence* (ECF NO. 365); *Order Denying Mot. for Relief from Final J. under Rule 60(b)/(d)* (ECF No. 371); *Order Denying Mot. for Recons.* (ECF No. 376); *Order* (ECF No. 379); *Order to Strike Mot. to Reduce Sentence* (ECF No. 381); *Order on Mot. to Amend Presentence Report* (ECF NO. 384); *Order on Mot. for Downward Departure* (ECF No. 388); *Report and Recommended Decision* (ECF No. 8 – Docket No. 1:07-cv-00010-JAW); *Order on Pl.'s Mot. for Recusal and on Magistrate Judge's Recommended Decision* (ECF No. 13 – Docket No. 1:07-cv-00010-JAW).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 14th day of January, 2015